UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN CAMPAZ-ARROYO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCI MENDOTA,<br><br>　　　　　Respondent. | No. 1:23-cv-00883-DJC-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF Nos. 13, 15) |

　　　　Edwin Campaz-Arroyo ("Petitioner") is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 20, 2023, the Magistrate Judge issued findings and recommendations recommending that Respondent's motion to dismiss be granted and the petition for writ of habeas corpus be dismissed as moot. (ECF No. 15.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the findings and recommendations.[1] (*Id.* at 3.) To date, no objections have been filed, and

---

[1] Absent notice of a party's change of address, service of documents at the prior address of the party is

1

1  the time for doing so has passed.

2  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has
3  conducted a *de novo* review of the case. Having carefully reviewed the entire file, the
4  Court holds the findings and recommendations to be supported by the record and
5  proper analysis.

6  Accordingly,

7  1. The findings and recommendations issued on December 20, 2023 (ECF No.
8     15) are ADOPTED IN FULL;
9  2. Respondent's motion to dismiss (ECF No. 13) is GRANTED;
10 3. The petition for writ of habeas corpus is DISMISSED; and
11 4. The Clerk of Court is directed to close the case.

13 Dated: April 5, 2024            /s/ Daniel J. Calabretta
14                                 THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE

---

28  fully effective. Local Rule 182(f).